UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――
KAREEM ROSE,

                Plaintiff,          20 cv 295 (JGK)

      - against -            ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.
―――――――――――――――――――――――――――――
JOHN G. KOELTL, District Judge:

    The City of New York should provide a status letter with respect to its progress in contacting Officer Sengco by **September 28, 2020.**

    The case presently will not be taken out of Local Rule 83.10. However, if the case experiences unnecessary delays or cannot be settled, I will consider taking the case out of Local Rule 83.10 at that point.

SO ORDERED.

Dated:    New York, New York
           September 15, 2020        _____
                                                     John G. Koeltl
                                           United States District Judge