UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

KAREEM ROSE,                                                         [~~PROPOSED~~] ORDER
                                                                   UNSEALING WARRANT
                                    Plaintiff

                    -against-                                            ~~19 Civ. 215 (JGK)~~
                                                                       20 Civ. 295

THE CITY OF NEW YORK; POLICE OFFICER
ANTHONY SENGCO, Shield No. 12424; POLICE
SERGEANT JOSE HERNANDEZ, Shield No. 4180; JOHN
DOES; and RICHARD ROES,
                                      Defendants.

------------------------------------------------------------------------ X

        **WHEREAS**, plaintiff Kareem Rose commenced this action by filing a complaint on or about January 13, 2020, alleging that defendants violated his constitutional rights;

        **WHEREAS**, upon information and belief, the warrant and other documents related to the claims in this litigation have been sealed pursuant to N.Y. CRIM. P. LAW §§ 160.50 and/or 160.55 by the State of New York; and

        **WHEREAS**, upon information and belief, the New York State Office of Court Administration ("OCA"), and other government agencies, are in possession of the warrant referenced herein, and related records;

        **WHEREAS** the Court has the inherent authority to unseal these records in connection with this action, see <u>Schomburg v. Bologna</u>, 298 F.R.D. 138, 141 (S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section 160.50");

        **NOW, THEREFORE, IT IS HEREBY ORDERED** that the warrant bearing Docket Number 2014NY053486, and any and all related records under Docket Number

2014NY053486, in possession of OCA or other government agencies, are hereby unsealed for the purposes of above-identified litigation only; and it is

**IT IS FURTHER ORDERED** that a certified copy of the warrant bearing Index Number 2014NY05348, as well as any other documents (including any transcripts of proceedings) related to Docket Number 2014NY053486, be provided to JAMES E. JOHNSON, Corporation Counsel of the City of New York, or his authorized representatives, and to Jeffrey A. Rothman, Esq., for inspection, photocopying, and use in connection with the above-identified litigation only, and

**IT IS FURTHER ORDERED** that Corporation Counsel's Office and Mr. Rothman may make use of the aforementioned records, and may disclose the warrant and related information to opposing counsel in this action or this Court, as required by law or an order of the United States District Court for the Southern District of New York; and

**IT IS FURTHER ORDERED** that the aforementioned records shall be deemed "Confidential Materials" pursuant to the terms of the protective order that is operable under the SDNY Local Rule 83.10.  Further, to the extent the personal identifying information (such as home addresses, or private contact information) of any member of the NYPD is included (purposefully or inadvertently) within these documents, any such personal identifying information shall be treated as "attorney's eyes only."

Dated:    New York, New York
          March 18    , 2021

SO ORDERED:

/s/ John G. Koeltl
_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**