Case 1:20-cv-00295-JGK Document 41 Filed 07/23/21 Page 1 of 1



GEORGIA M. PESTANA
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHRISTOPHER G. ARKO
*Senior Counsel*
(212) 356-5044
(212) 356-3509 (fax)
carko@law.nyc.gov

July 23, 2021

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Conference adjourned to 8/11/21 at 11:30 AM. So ordered. JG Koeltl / U.S.D.J. 7/23/21

Re: Kareem Rose v. City of New York, et al., 20 Civ. 295 (JGK)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for defendants City of New York, Police Officer Anthony Sengco, and Sergeant Jose Hernandez in the above-referenced matter. I write regarding the conference the Court scheduled for August 4, 2021 at 11:00 a.m.

I respectfully request that the conference be adjourned to August 10, 11, or 13. The reason for this request is that I will be commencing trial before the Honorable J. Paul Oetken on August 2, 2021 in the Matter of Kenya Thomas, et al. v. City of New York, et al., 17 Civ. 8593 (JPO). I anticipate that the trial will continue into August 4, 2021. This is defendants' first request to adjourn the conference, and it is made with plaintiff's consent.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

cc: Jeffrey Rothman, Esq. (By ECF)
*Attorney for plaintiff*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/23/2021