```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

KAREEM ROSE,

                Plaintiff,        20-cv-295 (JGK)

     - against -             ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on **August 13, 2021,** the Court hereby orders that:

    **Pleadings and Parties**: Except for good cause shown:

    1.  The plaintiff may file a second amended complaint without first making a motion to do so.

    2.  No additional parties may be joined or cause of action asserted after **October 15, 2021.**

    3.  No additional defenses may be asserted after **November 12, 2021.**

    **Discovery**: Except for good cause shown, all discovery, including expert discovery, shall be commenced in time to be completed by **February 11, 2022.**

    **Dispositive Motions**: Dispositive motions, if any, are to be made by **March 11, 2022.** The parties are advised to comply with the Court's Individual Practice II regarding motions, including by submitting one fully briefed set of courtesy copies to the Court.

    **Pretrial Order/Motions in Limine**: A joint pretrial order, together with any motions in limine or motions to bifurcate, shall

be submitted by **April 1, 2022,** or 21 days after the decision on any dispositive motion.

**Trial:** The parties shall be ready for trial on **48 hours'** notice on or after 21 days after the submission of the joint pretrial order.

**Other:** The Clerk is directed to close the motion in docket number 17.


**SO ORDERED.**
**Dated:    New York, New York**
**         August 16, 2021**

                                        /s/John G. Koeltl
                                               John G. Koeltl
                                **United States District Judge**