# Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

October 29, 2021

**By ECF To:**
Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>Kareem Rose v. City of NY, et al.</u>, 20 Civ. 295 (JGK) (BCM)

Dear Judge Koeltl:

I am counsel for Plaintiff in the above-captioned matter. I write – with opposing counsel's consent – to respectfully request an extension of one month, through December 13, 2021, to file Plaintiff's application for attorney's fees and costs to be paid in conjunction with the Rule 68 Offer that has been accepted in this case.

The Judgment Pursuant to Rule 68 (docket # 47) issued yesterday. Pursuant to Fed.R.Civ.P. 54 (d)(2)(B)(i) the fees and costs application is presently due two weeks from yesterday, November 11, 2021. I provided my time and cost sheets to opposing counsel some weeks ago, and am waiting to hear back from him to see if we can reach an agreement concerning the amount of the fees and costs to be paid that would avoid the need for the fees and costs application. The requested extension of time will allow for those discussions to occur and, if they are unsuccessful, for me to prepare and file the fees and costs application.

I thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

10/29/21